UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **PETER DIROSA,** ) | |
| ) | |
| **Petitioner,** ) | |
| v. ) | No.   2:11-cr-00193-GZS |
| ) | 2:15-cv-00185-GZS |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 164) filed December 3, 2015, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

1. Petitioner's request for an evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2255 cases;

2. Petitioner's Motion under 28 U.S.C. § 2255 (ECF No. 150) is hereby **DENIED**;

3. It is **ORDERED** that a certificate of appeality is **DENIED** pursuant to Rule 11 of the Rules Governing Section 2255 Cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. §2253(c)(2).

 /s/ George Z. Singal
 United States District Judge

Dated this 4th day of January, 2016.